

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2022 SEP 23 AM 9: 57

DEPUTY CLERK __MS__

UNITED STATES OF AMERICA

v.

CRIMINAL NO.  3:22-CR-352-K

TIMOTHY LYNCH BARTON (1)

## MOTION TO UNSEAL CASE

The United States of America respectfully moves this Honorable Court to unseal

the above-styled and numbered case and Indictment in this matter.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

/s/ Renee M. Hunter
RENEE M. HUNTER
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8978
E-mail: renee.hunter@usdoj.gov

Motion to Unseal Case—Page 1