# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE:  DAVID L. HORAN | |
| DEPUTY CLERK:  Shakira Todd | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 10:17 - 10:27 |
| 10:00 A.M.                    P.M. | DATE:  September 26, 2022 |

☐ MAG. NO.        ☑ DIST. CR. NO. 3:22-cr-00352-K        USDJ Judge Ed  Kinkeade

UNITED STATES OF AMERICA                    §        _Renee Hunter_____, AUSA
                                            §
                                            §
v.                                          §        _____ ☐
                                            §
                                            §        _Richard Roper/K. Walji_ ☐
TIMOTHY LYNCH BARTON (1)                     §        COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (P) **(R)**

☑ INITIAL APPEARANCE ☐IDENTITY ☐BOND HEARING ☐PRELIMINARY HEARING
☐ DETENTION HEARING ☐COUNSEL DETERMINATION HEARING ☐REMOVAL HEARING ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐OTHER DISTRICT ☐DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: **09/26/2022** ☐SURRENDER_____
☐ RULE 5/32 ☐APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) _____ APPEARED ☐WITH ☐WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _Richard Roper/K. Walji_____
☑ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☑ BOND ☐SET ☐REDUCED TO $ _____ ☐CASH ☐SURETY ☐10% ☐PR ☐ ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑ DEFT ADVISED OF CONDITIONS OF RELEASE.
☑ BOND EXECUTED ☑DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☐ DEFT ☐MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 2 6 2022

CLERK, U.S. DISTRICT COURT
By _____ Deputy