# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HONORABLE: <u>David L. Horan</u>
DEPUTY CLERK: <u>S. Todd</u>
LAW CLERK: _____
INTERPRETER: _____

PRESIDING: _____
COURT REPORTER/TAPE NUMBER: <u>FTR</u>
USPO: _____
Date: September 26, 2022

---

Cr.No.<u>3:22-cr-00352-K</u>

DEFT. No._____

UNITED STATES OF AMERICA

v.

TIMOTHY LYNCH BARTON (1)

§
§
§
§
§

*Renee Hunter* , AUSA
*Richard Roper / K. Walji (R)*
COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

---

## ARRAIGNMENT/REARRAIGNMENT

Time in Court: **1 min**

Trial Status:  ☐ Completed by Jury Verdict   ☐ Continued from Previous Month   ☐ Direct Verdict   ☐ Evidence Entered

☐ Hung Jury   ☐ Jury Selection Only, continued   ☐ Jury Selection or Verdict Only (No Trial Before this Judge)

☐ Mistrial   ☐ Settled/Guilty   ☐ None

Days in Trial:_____

Hearing Concluded:  ☐ Yes   ☐ No

☐ Defendant SWORN.

☑ Arraignment   ☐ Rearraignment – Held on Count(s) __**1-7, 8, 9**__

of the __**9**__ count(s)  ☑ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Complaint

☐ Sentencing Guidelines                                      ☐ Superseding Information

☑ Deft enters a pleas of   ☑ Not Guilty   ☐ Guilty   ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted        ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details)   ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set   Date: _____   Time: _____

☐ Trial set for   Date: _____   Time: _____
       Pretrial motions due: _____   Discovery motions/Government Responses due: _____

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed.      PSI due: _____      Pre-sentence Referral Form to: _____

☐ Deft Bond   ☐ Set   ☐ reduced to $ _____   ☐ Cash   ☐ Surety   ☐ 10%   ☐ PR

☐ Deft failed to appear, bench warrant to issue.

☑ Bond   ☑ continued   ☐ forfeited

☐ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: _____
_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 26 2022

CLERK, U.S. DISTRICT COURT
By_____
              Deputy