IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:22-CR-00352-K |
| | § | |
| TIMOTHY LYNCH BARTON(1) | § | |
| Defendant | § | |

## **NOTICE OF APPEARANCE AS COUNSEL**

TO THE HONORABLE COURT:

Now comes Javan Porter of Holland & Knight LLP, and hereby enters a Notice of

Appearance as retained counsel for Defendant Timothy Lynch Barton in the above-entitled and

numbered cause.  Mr. Porter is an attorney licensed to practice law in the State of Texas and is

currently admitted to practice in the Northern District of Texas.

Respectfully submitted,

*/s/ Javan Porter*
Javan Porter
State Bar No. 24116912
Javan.Porter@hklaw.com

HOLLAND & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas  75201
(214) 969-1345
(214) 999-9252 (Facsimile)

**ATTORNEYS FOR TIMOTHY LYNCH BARTON**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Appearance as Counsel has been filed electronically, on this the 15th day of October, 2022 and a copy sent to the United States Attorney's Office through the court's electronic filing system.

/s/ *Javan Porter*
Javan Porter