# United States District Court
# Northern District of Texas
## DALLAS

UNITED STATES OF AMERICA

V.

Timothy Lynch Barton

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2022 OCT 11  PM 3: 28

DEPUTY CLERK MS

US MARSHALS SERVICE
DALLAS, TEXAS

2022 SEP 21  P 2: 40

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:22-cr-00352-K

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest   Timothy Lynch Barton

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Wire Fraud
Conspiracy to Commit Wire Fraud
Securities Fraud

in violation of Title    18; 15

United States Code, Section(s)

1343 and 2
1349
78j(b) and 78ff; 17 C.F.R. § 240.10b-5 and 18 U.S.C. § 2

| | |
|---|---|
| Karen Mitchell, U.S. District Court Clerk | *Karen Mitchell* |
| Name and Title of Issuing Officer | Signature of Issuing Officer |

| | | |
|---|---|---|
| U.S. Magistrate Judge Rebecca Rutherford | 9/21/2022 | Dallas, TX |
| Judge | Date | Location |

s/Yolanda Pace
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

4107 Rock Creek Dr, Dallas, TX

| DATE RECEIVED 9/21/22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/23/22 | Aden Bohee Special Agent | |

FBI

1147566P29