**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 3:22-CR-352-K** |
| | § | |
| **TIMOTHY LYNCH BARTON (1)** | § | |

## NOTICE OF APPEARANCE

Hunton Andrews Kurth LLP hereby appears as counsel of record for Defendant Timothy Lynch Barton in the above-captioned and numbered criminal matter. For the duration of this case, please provide and serve copies of all notices and pleadings given or required to be given, and all papers served or required to be served, to the following counsel at the addresses indicated:

Michael J. Edney
Sean B. O'Connell
Michael Dingman
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201
medney@huntonak.com
soconnell@huntonak.com
mdingman@huntonak.com

Ted A. Huffman
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue
Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 880-0011
thuffman@huntonak.com

Mr. Huffman is a Texas attorney in good standing who is currently admitted to practice before the United States District Court for the Northern District of Texas. Messrs. Edney, O'Connell, and Dingman are attorneys licensed and in good standing in various state jurisdictions

within the United States and applying either for admission to the bar of this District or for pro hac vice admission for these proceedings.

Dated: October 12, 2022

Respectfully submitted,

By: */s/ Ted A. Huffman*
Michael J. Edney
Virginia Bar No. 48253
DC Bar No. 492024 (*application for admission pending)*
medney@huntonak.com
Sean B. O'Connell
State Bar No. 24103142 (*application for admission forthcoming)*
soconnell@huntonak.com
Michael Dingman
Virginia Bar No. 95762
DC Bar No. 90001474 (*application for admission forthcoming)*
mdingman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Phone: (202) 955-1500
Facsimile: (202) 778-2201

Ted A. Huffman
State Bar No. 24089015
thuffman@huntonak.com
**HUNTON ANDREWS KURTH LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Phone: (214) 979-3000
Facsimile: (214) 740-7110

**COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2022, a true and correct copy of the foregoing instrument was served through the Court's electronic filing system to counsel of record.

*/s/ Ted A. Huffman*
Ted A. Huffman