K



ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 OCT 13 AM 10: 26
DEPUTY CLERK MS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v. NO. 3:22-CR-352-K

HAOQIANG FU (2)
a/k/a Michael Fu

**INFORMATION**

The United States Attorney charges:

Count One
Sale of Unregistered Securities
(Violation of 15 U.S.C. § 77e(c) and 77x)

In or around 2019, in the Northern District of Texas and elsewhere, the defendant, Haoqiang Fu, did willfully, directly and indirectly, by the use of the means and instruments of transportation and communication in interstate commerce and of the mails, offer to sell a security, to wit: an investment contract for real estate development, without a registration statement being in effect as to that security.

In violation of 15 U.S.C. § 77e(c) and 77x.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

Renee M. Hunter
Assistant United States Attorney
Texas State Bar No. 24072942
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8978
Email: renee.hunter@usdoj.gov