**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **§** | |
| | **§** | |
| **V.** | **§** | **CAUSE NO. 3:22-cr-00352-K** |
| | **§** | |
| | **§** | |
| **HAOQIANG FU (2)** | **§** | |

**NOTICE FOR ENTRY OF APPEARANCE AS COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **DAVID FINN**, and hereby wishes to enter his appearance as Counsel for Defendant, **HAOQIANG FU,** in the above-styled and numbered cause.

Respectfully Submitted,

***/s/ DAVID FINN***

DAVIDFINN
2828 N. Harwood Street, Suite 1950
Dallas, Texas 75201
Telephone (214) 5386629
Facsimile (214) 953 1366
Texas State Bar No. 07026900
judgefinn@davidfinn.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, Thomas Wynne, hereby certify that a copy of the foregoing Notice for Entry of Appearance as Counsel was forwarded to the Assistant United States Attorney's Office via ECF on this the 18th day of October, 2022.

***/s/ DAVID FINN***
DAVIDFINN