IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                          No. 3:22-CR-352-K

TIMOTHY BARTON (01)

## PROTECTIVE ORDER

The Court has considered the Unopposed Motion for a Protective Order Governing Disclosure of Discovery Materials and finds that good cause has been established to restrict discovery in this case. The Court believes that a protective order is a reasonable measure that protects the rights of the defendant, the public, and witnesses involved in this case. Therefore, pursuant to Rules 16 and 49.1 of the Federal Rules of Criminal Procedure and the inherent authority of this Court, I hereby ORDER:

That any discovery materials (or copies thereof) provided by the government to the defense (regardless of when such materials were produced) that contain: (1) an individual's social-security number or taxpayer-identification number, (2) an individual's date of birth, (3) the name of an individual known to be a minor, (4) a financial-account number, (5) an individual's home address, (6) an individual's home or personal cellular telephone number, or (7) an individual's personal email address, (collectively, "personal identifying information"):

> (a) will not be copied, except to the extent needed as trial exhibits or as defendant's counsel's working copies;

**Protective Order—Page 1**

(b) will not be shared in unredacted form outside of defendant's counsel's office with any person not employed or retained by the defendant's counsel, or in the event the defendant is incarcerated, will not be shared outside of the correctional facility visiting area with any person not employed by the defendant's counsel;

(c) will not be provided in unredacted form to, or kept in unredacted form by, the defendant, except that the defendant's counsel may take the unredacted materials to the defendant and show them to the defendant;

(d) will not be disseminated, and information contained therein will not be disclosed, in unredacted form to anyone other than this Court, the parties to this case, or the specific witness to whom the personal identifying information in a document pertains;

(e) may be shared, copied, or provided to the defendant as the defendant's counsel deems appropriate without the restrictions set forth in paragraphs (a) through (d) above, if the defendant's counsel redacts the discovery materials to remove all personal identifying information, except for: (1) the last four digits of a social security number and tax identification number, (2) the year of the individual's birth, (3) the minor's initials, (4) the last four digits of the financial account number, (5) the city and state of the individual's home address, (6) the last four digits of the individual's home or personal cellular telephone number, (7) the local-part of the personal email address except for the first character; and

(f) that any attorney of record who is retained or appointed to represent the defendant or who is later relieved of representation of the defendant is bound by the terms of this Order unless excused from its terms by Court Order.

So ORDERED, this _____ day of _____, 2022.

_____
JUDGE ED KINKEADE
UNITED STATES DISTRICT COURT JUDGE

**Protective Order—Page 2**