IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NO. |
| VS. | § | 3:22-CR-352-K (01) |
| | § | |
| | § | |
| TIMOTHY LYNCH BARTON | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER ON MOTION FOR CONTINUANCE

Before the Court is Defendant's Unopposed Motion and Brief to Continue Trial, filed on November 4, 2022.  The Court finds that the ends justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice.  Specifically, the court finds that the granting of the motion would promote judicial economy, and that neither the defendant nor the government would be harmed by the granting of a continuance. The court finds that the provisions of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) are satisfied and accordingly, the motion is **GRANTED.**

It is therefore ordered that the trial of the case is reset from **December 5, 2022** to **Monday, May 8, 2023 at 9:00 a.m.** The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions, if any, must be filed by **March 17, 2023**, and responses thereto, by **March 31, 2023**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (copies of exhibits shall be furnished to the Court approximately one week before trial or as directed by the Court), and motions in limine must be filed no later than **April 17, 2023**.

**SO ORDERED.**

Signed November 11th, 2022.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE