**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **NO. 3:22-CR-352-K(02)** |
| **HOAQIANG FU A.K.A. MICHAEL FU** | |

## UNOPPOSED MOTION TO DELAY SENTENCING HEARING

The attorney for the defendant, HOAQIANG FU, moves this Court to delay sentencing in the above referenced cause for reasons cited below:

1. On October 18, 2022, the defendant entered a guilty plea and the Court issued a scheduling order setting the defendant's sentencing for February 22, 2023.

2. On September 20, 2022, Timothy Lynch Barton, defendant number one in this cause was indicted. His trial is scheduled for May 8, 2023.

3. Hoaqiang Fu may be called as a witness in that trial.

4. Hoaqiang Fu asks the Court to delay his sentencing until after he has had an opportunity to testify in the trial of Timothy Barton.

5. The government is unopposed to this motion.

For the reasons stated above, counsel moves the court to delay the sentencing of Hoaqiang Fu until after the trial of Timothy Barton.

Respectfully submitted,

/s/Christy L. Drake
Christy L. Drake
Texas Bar No. 06104500
7557 Rambler Road, Suite 525
Dallas, Texas 75231
Telephone: (806) 681-1259
chrisdrakelaw@gmail.com

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Renee Hunter, Assistant United States Attorney, and she does not object to this motion.

/s/ Christy L. Drake
Christy L. Drake

## CERTIFICATE OF SERVICE

I, Christy L. Drake, Counsel for Defendant, certify that on January 5, 2023, this document was filed using the electronic case filing system for the Northern District of Texas, which provides for service to the counsel for the United States.

/s/ Christy L. Drake
Christy L. Drake