IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

TIMOTHY LYNCH BARTON

No. 3-22-CR-00352-K

### ORDER

Before the Court is the unopposed motion filed by the above-referenced defendant, Timothy Lynch Barton seeking an extension of the pretrial deadlines and continuance of the trial in this case. The Court is of the opinion that the motion is well taken and **GRANTS** the motion for the reasons stated in the defendant's motion.

The Court finds the ends of justice is served by granting the Defendant's request for a continuance, which outweighs the best interests of the public the Government and Barton in a speedy trial.  The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

It is therefore **ORDERED** that the Defendant Barton's Motion and Brief to Continue the Trial and Pretrial Deadlines, (Dkt. # ) filed on February 27, 2023, is **GRANTED.**  Deadlines in the current scheduling order in this case are **CONTINUED.**  A separate scheduling order setting a new trial date and appropriate deadlines leading to that date will issue.

Signed: March__, 2023.

_____
Ed Kinkeade
United States District Judge