3:22-cr-352

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE ST. ROOM 1452
DALLAS, TX 75242-1310

RECEIVED-8

OFFICIAL BUSINESS

APR 2 6 2023

MAILROOM

APR 2 6 2023

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.60⁰
02 1P
0000910045    MAR 09 2023
MAILED FROM ZIP CODE 75242

RTS

-R-T-S-    774774043-1N              04/13/23

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Khudabuksh K Walji
Law Office of K Walji PC
10701 Corporate Drive, Suite 350
Stafford, TX 77477

FWD

Khudabuksh K Walji
Law Office of K Walji PC
10701 Corporate Drive, Suite 350
Stafford, TX 77477

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 3/8/2023 at 1:33 PM CST and filed on 3/8/2023

**Case Name:**       USA v. Barton

**Case Number:**       3:22-cr-00352-K

**Filer:**

**Document Number:** 46

**Docket Text:**
**ORDER TO CONTINUE in the Interest of Justice as to Timothy Lynch Barton. Jury Trial set for 2/5/2024 09:00 AM before Judge Ed Kinkeade. Motions due by 12/1/2023. Responses due by 12/15/2023. Pretrial Materials due by 1/16/2024. (Ordered by Judge Ed Kinkeade on 3/8/2023) (chmb)**

**3:22-cr-00352-K-1 Notice has been electronically mailed to:**

Robert L Webster       robert.webster@bobwebsterlaw.com, chrisdrakelaw@gmail.com, lori@elliottsauter.com

Richard B Roper, III       richard.roper@hklaw.com, debbie.kinney@hklaw.com, hapi@hklaw.com, javan.porter@hklaw.com

David M Finn       judgefinn@davidfinn.com

Christy Lee Drake       chrisdrakelaw@gmail.com, drake.christy@yahoo.com, robert.webster@bobwebsterlaw.com

Edwin Andrew Huffman       thuffman@huntonak.com, allenk@huntonak.com, lwester@huntonak.com