## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **No. 3:22-CR-00352-K (01)** |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

In accordance with Local Rule 57.12, the undersigned attorney, Ted A. Huffman, respectfully requests to be withdrawn as counsel of record in this civil action. Mr. Huffman previously appeared in this matter through his former employer—the law firm of Hunton Andrews Kurth LLP—on behalf of Defendant Timothy Barton.

Mr. Huffman recently accepted a position with a new law firm and is no longer associated with the law firm of Hunton Andrews Kurth. He therefore seeks to be withdrawn from the docket and the service list as a counsel of record.

Defendant Barton continues to be represented by Michael J. Edney of Hunton Andrews Kurth LLP and other counsel that have appeared in this matter.

This motion will not prejudice or delay these proceedings.

The undersigned counsel submits a proposed order with the filing of this motion and respectfully requests that the relief sought herein be granted.

Dated: July 20, 2023

Respectfully submitted,

/s/ *Ted A. Huffman*
Ted A. Huffman
Texas State Bar No. 24089015
***Formerly of Hunton Andrews Kurth LLP***
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Telephone: (214) 979-3000
Telecopier: (214) 880-0011
thuffman@hunton.com

***New Contact Information:***
2121 North Pearl Street
Suite 1100
Dallas, Texas 75201
Telephone: (214) 765-3600
Telecopier: (214) 765-3602
ted.huffman@katten.com

## CERTIFICATE OF CONFERENCE

I certify, in accordance with Local Rule 47.1(a), that I conferred with Renee Hunter, Assistant United States Attorney regarding the relief sought herein, and she indicated that the plaintiff, United States of America, is unopposed.

/s/ *Ted A. Huffman*
Ted A. Huffman

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July 2023, a true and correct copy of the foregoing document is being served on all known counsel of record through the Court's CM/ECF system.

/s/ *Ted. A. Huffman*
Ted A. Huffman