**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | No.  3-22-CR-00352-K |
| | § | |
| *Defendant* | § | |

**ORDER**

Before the Court is an unopposed motion from the Defendant, Timothy Lynch Barton ("Barton"), seeking an extension of pretrial deadlines and continuance of the trial in this case.  The Court is of the opinion that the motion is well taken and **GRANTS** it for the reasons stated in the Defendant's motion.

The Court finds the ends of justice are served by granting the Defendant's request for a continuance, which outweigh the interests of the public, the Government, and Barton in a speedy trial.  The period of delay from this continuance is the period from the date of the motion through the date of the new trial setting, and is excludable time under the Speedy Trial Act.

It is therefore **ORDERED** that the Defendant Barton's Motion to Continue the Trial and Pretrial Deadlines, (Dkt. # ) filed on November 28, 2023, is **GRANTED**.  Deadlines in the current scheduling order in this case are **CONTINUED**.  A separate scheduling order setting a new trial date and appropriate deadlines leading to that date will issue.

Signed: November ___, 2023.

_____
Ed Kinkeade
United States District Judge