IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NO.  3:22-CR-00352-K

TIMOTHY LYNCH BARTON (01)
STEPHEN WALL (02)
SASKYA BEDOYA (03)
   a/k/a Saskya Pamela Zuniga

## **NOTICE OF ADDITION OF COUNSEL**

The United States Attorney for the Northern District of Texas respectfully advises the Court, and all interested parties, that Assistant United States Attorney Sarah R. Douglas has been assigned to assist the attorneys already representing the government in this matter.  Assistant United States Attorney Douglas is not replacing or substituting for any of the attorneys already listed as government's counsel.  The government respectfully requests that the Clerk add Assistant United States Attorney Douglas as counsel of record for the government.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ *Sarah R. Douglas*
SARAH R. DOUGLAS
Assistant United States Attorney
Texas Bar No. 24060979
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8808
Email: sarah.douglas@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 15th day of December 2023, that this document was filed with the Clerk of Court via the court's ECF System.

/s/ *Sarah R. Douglas*
SARAH R. DOUGLAS
Assistant United States Attorney