**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: 3:22-CR-00352-K-3** |
| | § | |
| **STEPHEN WALL (3)** | § | |

**ENTRY OF APPEARANCE**

At this time I wish to enter an appearance as retained counsel for the above-named defendant in this cause.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN & HEISKELL**
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
(817) 457-2999 telephone
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Fort Worth Division using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/Michael P. Heiskell
Michael P. Heiskell