IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:22-CR-352-K |
| STEPHEN WALL (02) | |

NOTICE OF APPEARANCE

I, Brian D. Poe, hereby enter my appearance as attorney of record in this matter, who has been retained by Defendant, Stephen Wall, to represent him in this matter. I request that I be notified of any and all settings in the above styled case, and receive all filings made in this matter.

Respectfully submitted,

*/s/ Brian D. Poe*
BRIAN D. POE
Texas Bar No. 24056908
The Bryce Building
909 Throckmorton Street
Fort Worth, Texas 76102
Telephone: 817-870-2022
Facsimile: 817-977-6501
Email: bpoe@bpoelaw.com

CERTIFICATE OF SERVICE

I certify that on December 21, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

*/s/ Brian D. Poe*
BRIAN D. POE