**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**HONORABLE:** Rebecca Rutherford
**DEPUTY CLERK:** L. Price
**LAW CLERK:** ______________________
**INTERPRETER:** ______________________

**PRESIDING:** ______________________
**COURT REPORTER/TAPE NUMBER:** FTR
**USPO:** ______________________
**Date:** December 22, 2023

Cr.No.3:22-cr-00352-K

DEFT. No.______________________

UNITED STATES OF AMERICA §
§ Renee Hunter, AUSA
v. §
§ Michael Heiskell
STEPHEN WALL (3) §

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

**ARRAIGNMENT/REARRAIGNMENT**

Time in Court: 1hr.

Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Direct Verdict ☐ Evidence Entered
☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial ☐ Settled/Guilty ☐ None

Days in Trial:______________

Hearing Concluded: ☐ Yes ☐ No

☐ Defendant SWORN.

☑ Arraignment ☐ Rearraignment – Held on Count(s) 8.9

of the 9 count(s) ☐ Indictment ☐ Information ☑ Superseding Indictment ☐ Complaint

☐ Sentencing Guidelines ☐ Superseding Information

☑ Deft enters a pleas of ☑ Not Guilty ☐ Guilty ☐ Nolo

☐ Waiver of Jury Trial

☐ Waiver of Indictment filed

☐ Plea Agreement accepted ☐ Court defers acceptance of Plea Agreement

☐ Plea Agreement filed (see agreement for details) ☐ No Plea Agreement

☐ Plea Agreement included with Factual Resume.

☐ Factual Resume filed.

☐ Sentencing set Date: ____________ Time: ____________

☐ Trial set for Date: ____________ Time: ____________
Pretrial motions due: ____________ Discovery motions/Government Responses due: ____________

☐ Orders for PSI, Disclosure Date and Setting Sentencing entered.

☐ PSI waiver filed. PSI due: ____________ Pre-sentence Referral Form to: ____________

☑ Deft Bond ☑ Set ☐ reduced to $ ____________ ☐ Cash ☐ Surety ☐ 10% ☑ PR

☐ Deft failed to appear, bench warrant to issue.

☐ Bond ☐ continued ☐ forfeited

☐ Deft Custody/Detention continued.

☐ Deft REMANDED to custody.

OTHER PROCEEDINGS: ______________________________________________

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 22 2023
CLERK, U.S. DISTRICT COURT
By ____________ Deputy