# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JUDGE: REBECCA RUTHERFORD | | |
| DEPUTY CLERK: L. Price | | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | | USPO/PTSO: |
| INTERPRETER: | | COURT TIME: 10:33 - 10:37 |
| A.M. | P.M. | DATE: December 22, 2023 |

☐MAG. NO. ☐DIST. CR. NO. 3:22-cr-00352-K

USDJ Judge Ed Kinkeade

UNITED STATES OF AMERICA § Renee Hunter, AUSA
§
v. § ☐
§
§ Anthony Box ☐
SASKYA BEDOYA (4) §

COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑INITIAL APPEARANCE ☐IDENTITY ☐BOND HEARING ☐PRELIMINARY HEARING
☐ DETENTION HEARING ☐COUNSEL DETERMINATION HEARING ☐REMOVAL HEARING ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON ________ CASE NO. ________ ☐OTHER DISTRICT ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: ☑SURRENDER ________
☐ RULE 5/32 ☐APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) ________ APPEARED ☐WITH ☐WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED ________
☑ DEFT HAS RETAINED COUNSEL ________
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET ________

☐ PRELIMINARY HEARING SET ________ ☐BOND HEARING SET ________
☐ COUNSEL DETERMINATION HEARING SET ________
☐ IDENTITY/REMOVAL HEARING SET ________
☑ BOND ☑SET ☐REDUCED TO $ ________ ☐CASH ☐ SURETY ☐10% ☑ PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☑ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☐ DEFT ☐MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.

☐ REMARKS: ________

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 22 2023
CLERK, U.S. DISTRICT COURT
By ________
Deputy