**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **No. 3:22-CR-00352-K (01)** |
| | § | |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | |

## <u>ORDER</u>

Before the Court is Michael Dingman's Unopposed Motion to Withdraw as Counsel of Record. After consideration, the Motion is **GRANTED**.

It is therefore **ORDERED** that Michael Dingman is **WITHDRAWN** as an attorney of record for Defendant Timothy Lynch Barton.

**IT IS SO ORDERED** this _____ day of January, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1