**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE - ROOM 1452
DALLAS, TX 75242-1310

OFFICIAL BUSINESS



UNITED STATES POSTAGE
PITNEY BOWES
02 1P                    $ 000.63⁰
0000910045      JAN 08 2024
MAILED FROM ZIP CODE 75242

JAN 17 2024

Khudabuksh K Walji
Law Office of K Walji PC
10701 Corporate Drive, Suite 350
Stafford, TX 77477

750 N7B 1    C22I2301/11/24
FORWARD TIME EXP RTN TO SEND
LAW OFFICE OF K WALJI PC
2034 PLANTATION BEND DR
SUGAR LAND TX 77478-5422

RETURN TO SENDER

9303620218306859774778409i 0021
75242>1310

3:22-CR-352

Khudabuksh K Walji
Law Office of K Walji PC
10701 Corporate Drive, Suite 350
Stafford, TX 77477

This is an automatic e-mail message generated by the CM/ECF system. Please **DO NOT RESPOND** to this e-mail because the mail box is unattended. **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 1/4/2024 at 10:25 AM CST and filed on 1/4/2024

**Case Name:**      USA v. Barton

**Case Number:**      3:22-cr-00352-K

**Filer:**

**Document Number:** 78(No document attached)

**Docket Text:**
**ELECTRONIC ORDER granting [77] Unopposed Motion to Withdraw as Counsel of Record. Michael Christopher Dingman withdrawn from case as to Timothy Lynch Barton (1). (Ordered by Judge Ed Kinkeade on 1/4/2024) (chmb)**