UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:22-CR-352-K |
| | § | |
| | § | |
| | § | |
| TIMOTHY LYNCH BARTON (01) | § | |
| STEPHEN WALL (02) | § | |
| SASKYA BEDOYA (03) | § | |
| a/k/a Saskya Pamela Zuniga | § | |

**ORDER**

Having considered the UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SASKYA BEDOYA the Court is of the opinion that it should be, and therefore is, GRANTED.

It is therefore ORDERED that the law firm Gray Reed by and through attorney Anthony Box are withdrawn as counsel of record for Defendant Saskya Bedoya.

Signed this ______ day of ______________, 2024.

______________________________
Ed Kinkeade
United States District Judge