**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISON**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SASKYA BEDOYA ZUNIGA (04)** | § | **CAUSE NO. 3:22-cr-352-K** |
| **a/k/a Saskya Pamela Zuniga** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned counsel hereby appears in the above-styled case as counsel for Saskya Bedoya Zuniga and request that all future correspondence related to this case be directed to him at the specified address.

Respectfully submitted,

*/s/Robert R. Smith*
Robert R. Smith
Texas Bar No. 18752800
Robert R. Smith.
500 N. Akard Street, Suite 2150
Dallas, TX 75201
Tel. 214-237-0900
Fax. 214-237-0901
rsmith@robertrsmithlaw.com

**ATTORNEY FOR ZUNIGA**

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 24, 2024, I caused service of the above and foregoing instrument via filing with the Court's CM/ECF system

*/s/Robert R. Smith*
Robert R. Smith