**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: 3:22-CR-00352-K-3** |
| | § | |
| **STEPHEN WALL (3)** | § | |

**DEFENDANT, STEPHEN WALL'S UNOPPOSED JOINT MOTION TO CONTINUE THE TRIAL AND EXTENDED PRETRIAL DEADLINES AND BRIEF IN SUPPORT**

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Defendant, STEPHEN WALL ("Wall"), respectfully requests that the Court continue the trial date and extend pretrial deadlines from the current date of September 9, 2024, and in support would show as follows:

## I. Background

On December 12, 2023, a grand jury charged Mr. Wall in a nine-count superseding indictment with Wire Fraud, in violation of 18 U.S.C. § 1343 (Count 1-7), Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C § 1349 (Count 8), and Securities Fraud, 15 U.S.C. §§ 78j(b) and 78ff (Count 9). Also indicted were Timothy Barton ("Barton) and Saskya Bedoya ("Bedoya").

In the fall of 2022, the United States Securities and Exchange Commission ("SEC") filed a complaint against Wall, Barton and Haoqiang Fu (also known as Michael Fu). See *United States v. Timothy Barton, et. al.,* N.D. Tex. No. 3:22-CV-2118-X. On April 2, 2024, the United States through its court-appointed Receiver, filed its First Amended Complaint against Wall, Barton, Bedoya, and numerous additional individuals and entities. See *Cort Thomas as the Receiver for Carnegie Development, LLC, et. al. v. Haoqiang Fu, et. al.*, N.D. Tex. No. 3:24-CV-00612-X. On December 12, 2023, the same date of the return of this superseding indictment, this court ordered

that this case be designated as unusual and complex and thus excluded from the normal Speedy Trial Act time restraints under the provisions of 18 U.S.C. §§ 3161(h)(7) and (B)(ii) (Doc. 55).

## II. This Additional Continuance is Necessary to Fulfill the Purposes of Justice and Fairness

Now that additional defendants have been added to this indictment the existence of the voluminous discovery detailed in the previously filed Motion for Continuance (Doc. 53) is of paramount importance as the discovery review is ongoing.

This court should also be mindful that the alleged victims in this case are Chinese nationals whose primary language is Mandarin Chinese. Therefore, counsel has to arrange the assistance of interpreters to assist in the extensive pre-trial preparation required in a case such as this. It is likely that the court will also need to have interpreters available for trial.

In addition, the ongoing litigation by the SEC against each of these defendants, as evidenced by its most recent filing outlined above, will likely reveal additional discovery not only of documentation but of potential witnesses, relevant to this case.

## III. Government and co-counsel for Barton and Bedoya are Unopposed to a Continuance

Counsel for the Government, as well as counsel for co-defendants, Barton and Bedoya, have indicated to counsel that they join in this request for a continuance.

## IV. Conclusion

Counsel respectfully requests that this Court grant this Motion to extend the time to file pre-trial motions and continue the trial of this case from September 9, 2024 until January 2025, in the interest of fairness and justice.

This continuance is not sought for delay, but to insure that justice is done.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
State Bar No. 09383700
**JOHNSON, VAUGHN, & HEISKELL**
5601 Bridge Street, Suite 220
Fort Worth, Texas 76112
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

/s/ Brian D. Poe
BRIAN D. POE
Texas Bar No. 24056908
The Bryce Building 909 Throckmorton Street
Fort Worth, Texas 76102
Telephone: 817-870-2022
Facsimile: 817-977-6501
Email: bpoe@bpoelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas Division using the electronic case filing system of the court. The electronic case filing system sent a “Notice of Electronic Filing” to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/ Michael P. Heiskell
Michael P. Heiskell

**CERTIFICATE OF CONFERENCE**

This is to certify that I contacted AUSA, Renee Hunter, via e-mail regarding the foregoing and she has no objections. Counsel for co-defendant's Barton and Bedoya, also indicated via e-mail that they join in the filing of this motion.

/s/Michael P. Heiskell
Michael P. Heiskell