**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO: 3:22-CR-00352-K-3** |
| | § | |
| **STEPHEN WALL (3)** | § | |

**ORDER**

ON THIS THE _______ day of ____________, 2024, came to be heard the Defendant, Stephen Wall's Unopposed Joint Motion to Continue the Trial and Extended Pretrial Deadlines and it appears to the Court that this motion should be:

(GRANTED) (DENIED)