# UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE - ROOM 1452
DALLAS, TX 75242-1310

OFFICIAL BUSINESS

3:22.cr.352

MAILROOM

JUN 1 4 2024

FIRST-CLASS



US POSTAGE™ PITNEY BOWES

ZIP 75242
02 7H
0006182890

$ 000.88⁰
JUN 06 2024

Khudabuksh K Walji AttorneyatLaw
Law Office of K Walji PC
10701 Corporate Drive, Suite 350
Stafford, TX 77477

INT
77477375242 131?10

FORWARD TIME EXP RTN TO SEND
LAW OFFICE OF K WALJI PC
2934 PLANTATION BEND DR
SUGAR LAND TX 77478-5422

C2210006/11/24

RETURN TO SENDER

Khudabuksh K Walji AttorneyatLaw
Law Office of K Walji PC
10701 Corporate Drive, Suite 350
Stafford, TX 77477

-----------------------------------------------------

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Civil No. 3:22-CR-352-K |
| TIMOTHY LYNCH BARTON (01) | § | |
| STEPHEN WALL (03) | § | |
| SASKYA BEDOYA ZUNIGA (04) | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION FOR CONTINUANCE

Before the Court is Defendant Stephen Wall's Unopposed Joint Motion to Continue the Trial and Extend Pretrial Deadlines and Brief in Support, filed on May 20, 2024. The Court finds that the ends justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice. Specifically, the court finds that the granting of the motion would promote judicial economy, and that neither the defendant nor the government would be harmed by the granting of a continuance. The court finds that the provisions of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) are satisfied and accordingly, the motion is **GRANTED.** Further, the Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6).

On December 12, 2023, the Court declared this case as complex, pursuant to 18 U.S.C. § 3161(h)(7) and (B)(ii).

It is therefore ordered that the trial of the case is reset from **September 9, 2024, to March 3, 2025, at 9:00 a.m.** The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions, if any, must be filed by **January 17, 2025**, and responses thereto, by **January 31, 2025**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (copies of exhibits shall be furnished to the Court approximately one week before trial or as directed by the Court), and motions in limine must be filed no later than **February 10, 2025**.

**SO ORDERED.**

Signed June 4th, 2024.

ED KINKEADE
UNITED STATES DISTRICT JUDGE