**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE NO. 3:22-CR-352-K** |
| | § | |
| | § | |
| **STEPHEN WALL (03)** | § | |

**NOTICE FOR ENTRY OF APPEARANCE AS COUNSEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **GEORGE R. MILNER, III**, and hereby wishes to enter his appearance of Counsel for Defendant, **STEPHEN WALL**, in the above-styled and numbered cause.

Respectfully Submitted,

GEORGE R. MILNER, III
SBOT: 00784611
**MILNER | WYNNE**
1845 Woodall Rodgers Freeway
Suite 1500
Dallas, Texas 75201
Office: (214) 651-1121
Fax: (214) 953 1366
gunner@milnerwynne.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I, George R. Milner, III, hereby certify that a copy of the foregoing Notice for Entry of Appearance as Counsel was forwarded to the Assistant United States Attorney's Office and all counsel of record via ECF on this the 12th day of July, 2024.

GEORGE R. MILNER, III