**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **NO. 3:22-CR-352-K(02)** |
| **HOAQIANG FU A.K.A. MICHAEL FU** | |

**ORDER**

Before the Court is the Defendant's Unopposed Motion to Delay Sentencing filed August 13, 2024. The Court finds the ends of justice are served by granting the motion.

It is therefore ORDERED that the motion is GRANTED.

Sentencing will be reset in a future order.

SO ORDERED

Signed this the ______ day of August, 2024.

______________________________
EDWARD KINKEADE
UNITED STATES DISTRICT JUDGE