**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | **No. 3-22-CR-00352-K** |
| | § | |
| *Defendant* | § | |

**NOTICE OF AMENDED CERTIFICATE OF CONFERENCE
REGARDING DOC#90 DEFENDANT TIMOTHY BARTON'S
UNOPPOSED MOTION TO CONTINUE THE TRIAL AND EXTEND
PRETRIAL DEADLINES AND BRIEF IN SUPPORT**

On November 22, 2024, I conferred with Assistant United States Attorney Renee Hunter who informed me that the government does not oppose the relief sought in the motion for continuance but does not agree with Barton's opinion of the facts justifying the motion. Dated: December 19, 2024.

Respectfully submitted,

*/s/ Richard B. Roper*
Richard B. Roper
State Bar No. 17233700
richard.roper@hklaw.com

**HOLLAND & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1345
Facsimile: (214) 999-9252

**COUNSEL FOR TIMOTHY LYNCH BARTON**

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

On December 19, 2024 I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Richard B. Roper*
Richard B. Roper