IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,           §
                                    §
                                    §
v.                                  §
                                    §          Civil No. 3:22-CR-352-K
                                    §
TIMOTHY LYNCH BARTON (01)           §
STEPHEN WALL (03)                   §
SASKYA BEDOYA ZUNIGA (04)           §
                                    §
                                    §
       Defendants.                  §

## ORDER ON MOTION FOR CONTINUANCE

Before the Court is Defendant Timothy Lynch Barton's Unopposed Motion to Continue the Trial and Extend Pretrial Deadlines and Brief in Support, filed on December 17, 2024. The Court finds that the ends justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant such a continuance might result in a miscarriage of justice.  Specifically, the court finds that the granting of the motion would promote judicial economy, and that neither the defendant nor the government would be harmed by the granting of a continuance. The court finds that the provisions of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) are satisfied and accordingly, the motion is **GRANTED.**   Further, the Court finds that in the interest of justice, this case shall be tried together with all co-defendants, pursuant to 18 U.S.C. § 3161(h)(6).

Finally, the Court finds that the case is designated  as complex and is excluded from the normal Speedy Trial Act time restraints under the provisions of 18 U.S.C. § 3161(h)(7)(B)(ii). The case is unusual and complex, due to the nature of the prosecution, and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act.

It is therefore ordered that the trial of the case is reset from **March 3, 2025**, to **October 6, 2025, at 9:00 a.m.** The period of delay shall be excluded in computing the time within which the trial must commence.

Pretrial motions, if any, must be filed by **August 8, 2025**, and responses thereto, by **August 22, 2025**.

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (copies of exhibits shall be furnished to the Court approximately one week before trial or as directed by the Court), and motions in limine must be filed no later than **September 8, 2025**.

**SO ORDERED.**

Signed December 20[h], 2024.

_Ed Kinkeade_
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE