**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | **No.  3-22-CR-00352-K** |
| | § | |
| *Defendant* | § | |

**DEFENDANT TIMOTHY BARTON'S
<u>MOTION TO TRAVEL</u> <u>AND BRIEF IN SUPPORT</u>**

Defendant Timothy Lynch Barton ("Barton") respectfully requests that the Court grant permission to travel from Texas to the District of Columbia from January 18, 2025 until January 25, 2025, and would show the Court, as follows:

I.

On September 26, 2022, Barton was released from custody under conditions of release, including the condition that Barton's travel is restricted to within the State of Texas, requiring him to obtain Pretrial Services permission to travel within the continental United States. Dkt. No. 12, at 2.  Barton now requests permission to travel from January 18, 2025 to January 25, 2024 from his residence in Texas to the District of Columbia to meet with his Washington-based counsel, undersigned attorney Michael Edney. While in Washington, Barton also plans to join his daughter who is working on the Trump transition team to attend the inauguration of President-elect Donald J. Trump. The Probation Office declined to grant permission for this travel primarily because of the inauguration.

II.

Sufficient grounds exist to justify the travel.  Barton is the defendant in parallel federal government enforcement actions, the instant action by the United States Attorney for the Northern District of Texas and the other action (a civil enforcement action) brought by the United States Securities and Exchange Commission. *S.E.C. v. Timothy Barton*, 3:22-cv-02118-X. The criminal action has been continued several times. The civil case is under active litigation, especially with respect to the imposition of a receiver over all Mr. Barton's assets. That aspect of the SEC case is currently under appeal to the United States Court of Appeals for the Fifth Circuit and is scheduled for oral argument on Monday, February 3, 2025 in New Orleans, LA. Mr. Edney is lead counsel in that case and he is preparing for oral argument. Given his  schedule in other matters, that preparation needs to occur primarily during the week of January 20, 2025, and his schedule does not permit travel to Texas during that week. Mr. Edney has asked Mr. Barton to join him at my offices, in Washington, DC, during that week so that he may take his direction and guidance during that preparation, including in a practice session scheduled for that week.

III.

Due to the Government's seizure of Mr. Barton's business assets, he has not been able to pay his two current lawyers.. It is essential to the continuity of his legal representation that he be permitted to travel to my offices, in Washington, DC, particularly in advance of the Fifth Circuit argument.

.        Wherefore, Barton respectfully requests permission to travel from Texas to the District of

Columbia from January 18, 2025 until January 25, 2025.

Dated: January 15, 2025                                      Respectfully submitted,

                                                            */s/ Richard B. Roper*
                                                            Richard B. Roper
                                                            State Bar No. 17233700
                                                            richard.roper@hklaw.com

                                                            **HOLLAND & KNIGHT LLP**
                                                            1722 Routh Street, Suite 1500
                                                            Dallas, Texas 75201
                                                            Phone: (214) 969-1345
                                                            Facsimile: (214) 999-9252

                                                            By: */s/ Michael J. Edney*
                                                            Michael J. Edney
                                                            DC Bar No. 492024 (*admitted to the Northern District of Texas)*
                                                            medney@huntonak.com

                                                            **HUNTON ANDREWS KURTH LLP**
                                                            2200 Pennsylvania Avenue NW
                                                            Washington, DC 20037
                                                            Phone: (202) 955-1500
                                                            Facsimile: (202) 778-2201

                                                            **COUNSEL FOR TIMOTHY LYNCH BARTON**

## CERTIFICATE OF CONFERENCE

On January 15, 2025, I conferred with Assistant United States Attorney Renee Hunter, who informed me that she opposes the granting of instant motion consistent with the Probation Office's decision to decline permission to travel.

                                                            */s/ Richard B. Roper*
                                                            Richard B. Roper

- 3 -

## CERTIFICATE OF SERVICE

On January 15, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Richard B. Roper*
Richard B. Roper
