**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | **No.  3-22-CR-00352-K** |
| | § | |
| *Defendant* | § | |

### ORDER

Before the Court is the motion from the Defendant Timothy Lynch Barton ("Barton"), seeking permission to travel from the State of Texas to the District of Columbia from January 18, 2025 until January 25, 2024. The Court is of the opinion that the motion is well taken and **GRANTS** it for the reasons stated in Barton's motion.

It is therefore **ORDERED** that the Defendant Barton may travel from the State of Texas to the District of Columbia from January 18, 2024 until January 25, 2024.

Signed: January ___, 2025.

_____
Ed Kinkeade
United States District Judge