**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY LYNCH BARTON** | § | **No.  3-22-CR-00352-K** |
| | § | |
| *Defendant* | § | |

### ORDER

Before the Court is the amended unopposed motion from the Defendant, Timothy Lynch Barton ("Barton"), seeking an extension of pretrial deadlines and continuance of the trial in this case.  The Court is of the opinion that the motion is well taken and **GRANTS** it for the reasons stated in the Defendant's motion.

The Court finds the ends of justice are served by granting the Defendant's request for a continuance, which outweigh the interests of the public, the Government, and Barton in a speedy trial.  The period of delay from this continuance is the period from the date of the motion through the date of the new trial setting, and is excludable time under the Speedy Trial Act.

The Court further finds that the case should be designated complex excluded from the normal Speedy Trial Act time restraints under the provisions of 18 U.S.C. § 3161(h)(7)(B)(ii).  The case is unusual and complex, due to the nature of the prosecution, and the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act.

It is therefore **ORDERED** that the Defendant Barton's Motion to Continue the Trial and Pretrial Deadlines, (Dkt. # ) filed on June 27, 2025, is **GRANTED**.  Deadlines in the current scheduling order in this case are **CONTINUED**.  A separate scheduling order setting a new trial date and appropriate deadlines leading to that date will issue.

Signed: June \_\_\_, 2025.

_____

Ed Kinkeade
United States District Judge