**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TIMOTHY LYNCH BARTON (1)** | § | **No.  3-22-CR-00352-K** |
| | § | |
| *Defendant* | § | |

**DEFENDANT TIMOTHY BARTON' MOTION TO AMEND
CONDITIONS OF RELEASE AND BRIEF IN SUPPORT**

Defendant Timothy Lynch Barton ("Barton") respectfully requests that the Court amend conditions of release to authorize travel in the continental United States, and would show the Court, as follows:

I.

On September 26, 2022, Barton was released from custody under conditions of release, including the condition that Barton's travel is restricted to within the State of Texas, requiring him to obtain Pretrial Services permission to travel within the continental United States. Dkt. No. 12, at 2. Barton now requests that the Court authorize Barton travel within the Continental United States without obtain permission from the Probation Office.

II.

Sufficient grounds exist to justify the travel.  Barton is the defendant in parallel federal government enforcement actions, the instant action by the United States Attorney for the Northern District of Texas and the other action (a civil enforcement action) brought by the United States Securities and Exchange Commission. *S.E.C. v. Timothy Barton*, 3:22-cv-02118-X. The criminal action has been continued several times. The civil case is under active litigation, especially with respect to the imposition of a receiver over all Mr. Barton's assets.  Barton's primary counsel's law offices are located in Washington, DC.   In addition, Barton's daughter lives and works in Washington.   Barton also has friends and potential business interests in the United States.

Barton has been under conditions of release since September 26, 2022.  During the succeeding three years, Barton has complied with all conditions of release. The charges brought against Barton involve allegations related to complicated business transactions, and do not involve allegations concerning violent crimes or drug trafficking.   No are allegations brought in this action alleging that demonstrate that Barton is a flight risk or a specific danger to the community or to any specific person.   Barton submits routine travel within the Continental United States would allow Barton to consult with his lead counsel and allow him to visit family and friends.  It would also ease the burden on the Probation Office to get involved in vetting each trip Barton wishes to take outside of Texas.

- 3 -

.      Wherefore, Barton respectfully requests that the Court amend his conditions of release to

authorize him to travel within the Continental United States.


Dated: August 1, 2025                                  Respectfully submitted,

                                                       */s/ Richard B. Roper*
                                                       Richard B. Roper
                                                       State Bar No. 17233700
                                                       richard.roper@hklaw.com

                                                       **VARTABEDIEN, HESTER & HAYNES, LLP**
                                                       301 Commerce St., Suite 2200
                                                       Fort Worth, TX 76102
                                                       Phone: (817) 309-9092
                                                       Facsimile: (214) 999-9252

                                                       By: */s/ Michael J. Edney*
                                                       Michael J. Edney
                                                       DC Bar No. 492024 (*admitted to the*
                                                       *Northern District of Texas)*
                                                       medney@huntonak.com

                                                       **HUNTON ANDREWS KURTH LLP**
                                                       2200 Pennsylvania Avenue NW
                                                       Washington, DC 20037
                                                       Phone: (202) 955-1500
                                                       Facsimile: (202) 778-2201

                                                       **COUNSEL FOR TIMOTHY LYNCH BARTON**


## CERTIFICATE OF CONFERENCE

On June 26, 2025, I conferred with Assistant United States Attorney Renee Hunter, who
informed me that the government does not opposes the granting of instant motion.

                                                       */s/ Richard B. Roper*
                                                       Richard B. Roper

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

On August 1, 2015, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Richard B. Roper*
Richard B. Roper