## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 3-22-CR-00352-K |
| | § | |
| | § | |
| TIMOTHY LYNCH BARTON (1) | § | |
| | § | |
| *Defendant* | | |

## <u>ORDER</u>

Before the Court is the unopposed motion to filed by the above-referenced defendant seeking to amend conditions of release to authorize travel within the Continental United States.  The Court finds that the motion is well taken and grants the motion for the reasons stated in the motion.

IT is the order of the Court that Defendant Timothy Lynch Barton is authorized to travel within the Continental United States without first obtaining permission  from the United States Probation Office.

**SO ORDERED** on this ____ day of **August, 2025**.


_____
**ED KINKCAIDE**
**UNITED  STATES  DISTRICT  JUDGE**

1