UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>TIMOTHY BARTON,<br>CARNEGIE DEVELOPMENT, LLC,<br>WALL007, LLC,<br>WALL009, LLC,<br>WALL010, LLC,<br>WALL011, LLC,<br>WALL012, LLC,<br>WALL016, LLC,<br>WALL017, LLC,<br>WALL018, LLC,<br>WALL019, LLC,<br>HAOQIANG FU (a/k/a MICHAEL FU),<br>STEPHEN T. WALL,<br><br>*Defendants*,<br><br>DJD LAND PARTNERS, LLC, and<br>LDG001, LLC,<br><br>*Relief Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:22-cv-2118-X |

**ORDER GRANTING MOTION TO**
**INTERVENE AND STAY PROCEEDINGS**

Before the Court is the Government's Motion to Intervene and Stay Proceedings. [Doc. No. 44]. After careful consideration, the Court finds that the motion should be, and hereby is, **GRANTED.**

The Court therefore **ORDERS** that this proceeding is stayed until otherwise ordered by the Court. Nothing in this Order shall preclude the Court-appointed



**EXHIBIT B**

Case 3:22-cv-02528-X Document 16 Filed 11/16/22 Page 2 of 2 PageID 173

Receiver from performing the duties and obligations, and from exercising the powers and rights, set forth in the Court's Order Appointing Receiver.[1]

**SO ORDERED**, this 16th day of November, 2022.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[1] Doc. No. 29.