**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-k-3** |
| **STEPHEN WALL (3)** | § | |
| | § | |

**PROPOSED ORDER GRANTING TARGETED SEC/RECEIVER DISCOVERY**

The Court ORDERS the United States to produce, within ____ days, the categories of materials concerning SEC/USAO/FBI/Receiver coordination, information flow, compelled materials, privilege review, and taint protocols identified in Defendant's motion, or alternatively to submit an index for in camera review.

SO ORDERED this ____ day of __________, 2026.

______________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE