**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-k-3** |
| | § | |
| **STEPHEN WALL (3)** | § | |

**PROPOSED ORDER GRANTING WITNESS DISCOVERY**

The Court ORDERS the United States to produce all Brady, Giglio, Rule 16, Jencks, proffer, cooperation, and impeachment materials concerning Fu, Adams, Matthews, Bedoya, Barton, investor witnesses, SEC witnesses, Receiver witnesses, and any other material witnesses by ____.

SO ORDERED this ____ day of __________, 2026.

______________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE