**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-k-3** |
| | § | |
| **STEPHEN WALL (3)** | § | |

**PROPOSED ORDER ON SEVERANCE OR ALTERNATIVE PROTECTIONS**

The Court GRANTS Defendant Stephen T. Wall's motion to sever. Alternatively, if severance is denied, the Court ORDERS the United States to provide a defendant-by-defendant exhibit and statement chart and will give limiting instructions as appropriate before and after Barton-only or non-Wall evidence.

SO ORDERED this ____ day of __________, 2026.

________________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE