The information you provide in this questionnaire will be confidential and will only be used during this jury selection.

**FULL NAME: ______________________DOB:__________________AGE:__________JUROR #: ___________**

| | | |
|---|---|---|
| 1. What is your occupation?<br><br>Do/did you have manger/supervisor duties?<br>□ Yes □ No<br><br>If yes, please describe:<br><br>1a. Have you ever owned or managed a business of any type? □ Yes □ No<br><br>If yes, please describe: | **2.** Highest grade completed in school:<br><br>If college, please list any degrees received:<br><br>Where does your spouse work and what is the spouse's duties at said work? | **3.** . Circle any of the following in which you have had training or education:<br><br>Account Management · International Studies<br>Construction Managment · Real Estate<br>Criminal Law · Law enforcement<br>Bookkeeping · Banking<br>Insurance · Teaching<br>Engineering · Securities |
| 4. Which of the following describes you? Check all that apply:<br><br>□ Analytical □ Opinionated<br>□ Careful □ Family Oriented<br>□ Emotional □ Religious<br>□ Quiet □ Skeptical<br>□ Judgmental □ Visual<br>□ Law & Order □ Technical<br>□ Pro-Government<br>□ Business-minded<br>□ Snap Decision-maker<br><br>□Other:___________ | 5. Have you ever served as a juror in a:<br><br>□ Criminal case □ Civil Case<br>□ Grand Jury □ Never served<br><br>If criminal/civil, what kind(s) of case(s)?<br><br>Did you return a verdict on either?<br>□ Yes □ No<br><br>Were you the foreperson?<br>□ Yes □ No | 6. Have you, a family member, or close friend ever lost money in an investment, business deal, real estate transaction, or alleged fraud?<br>☐ Yes ☐ No<br><br>Explain if yes or not sure:<br>________________________________<br>________________________________<br>_____________________________ |
| 7. Have you, a family member, or close friend ever worked in real estate development, homebuilding, construction, lending, banking, securities, accounting, investment sales, or financial regulation?<br><br>☐ Yes ☐ No<br>Explain if yes or not sure:<br>_____________________________<br>_____________________________<br>__________________________ | 8. Have you ever invested money in a real estate project, private business venture, promissory note, loan agreement, crowdfunding investment, or securities offering?<br>☐ Yes ☐ No<br><br>Explain if yes or not sure:<br>___________________________________<br>___________________________________<br>_____________________________ | 9. Is there any reason you could not fairly judge a case involving complex financial records, real estate documents, translated materials, emails, charts, and witness testimony?<br>☐ Yes ☐ No ☐ Not sure<br><br>Explain if yes or not sure:<br>________________________________<br>________________________________<br>____________________________ |
| 10. Have you ever participated as a witness, in a case involving allegations of fraud, securities violations, wire fraud, embezzlement, or misuse of investor funds?<br>☐ Yes ☐ No<br><br>Explain if yes or not sure:<br>_____________________________<br>_____________________________<br>_________________________ | 11. Do you have any strong feelings, positive or negative, about people who work in real estate development, homebuilding, private lending, or investment promotion?<br><br>☐ Yes ☐ No ☐ Not sure<br><br>Explain if yes or not sure:<br>___________________________________<br>___________________________________<br>________________________________ | 12. This case may involve multiple people, companies, and similarly named business entities. Do you have any concern about your ability to carefully consider the evidence separately as to each person and each charged count?<br><br>☐ Yes ☐ No ☐ Not sure<br><br>Explain if yes or not sure:<br>________________________________<br>________________________________<br>_____________________________ |