**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-k-3** |
| **STEPHEN WALL (3)** | § | |
| | § | |

**PROPOSED ORDER GRANTING NATIVE FILE/TRANSLATION DISCOVERY**

The Court ORDERS the United States to produce native files, metadata, translation materials, presentation version histories, DocuSign audit trails, and related communications identified in Defendant's motion within ____ days.

SO ORDERED this ____ day of __________, 2026.

______________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE