**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-K** |
| **TIMOTHY BARTON (1)** | § | |
| **STEPHEN WALL (2)** | § | |
| **SASKYA BEDOYA (3)** | | |

**DEFENDANT STEPHEN WALL'S MOTION AND BRIEF FOR DISCLOSURE OR IN CAMERA REVIEW OF GRAND JURY MATERIALS**

**TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:**

COMES NOW Defendant Stephen Wall and moves for disclosure, or alternatively in camera review, of grand jury materials relating to the decision to add Mr. Wall to the First Superseding Indictment.

## I. Relief Requested

Mr. Wall requests an order requiring the government to disclose grand jury materials concerning Wall-specific evidence, or alternatively to submit such materials to the Court for in camera review. At minimum, Mr. Wall requests identification of the witnesses, exhibits, summaries, and presentations provided to the grand jury concerning Wall.

## II. Background

Mr. Wall was added in the First Superseding Indictment. That circumstance raises legitimate questions about what evidence was presented concerning Wall, whether the government's

evidence or theory materially changed after the original indictment, and whether grand jury presentations included inaccurate, incomplete, or prejudicial characterizations of Wall's role.

## III. Argument

Grand jury secrecy is important, but it is not absolute. A defendant may obtain disclosure upon a showing of particularized need. Here, Wall's later addition to the case, the complexity of the SEC/criminal overlap, the use of civil materials, and the centrality of Wall-specific intent support at least in camera review. This request is narrow: it seeks only materials bearing on what the grand jury was told about Wall and whether the presentation included Wall-specific evidence or merely collective allegations tied to Barton-controlled entities.

## IV. Materials Requested

1. Transcripts of grand jury testimony concerning Stephen Wall.

2. Grand jury exhibits concerning Stephen Wall, Wall-named entities, Wall presentations, Wall emails, Wall accounts, or alleged payments to Wall.

3. Any agent summaries, SEC summaries, charts, or presentations shown to the grand jury concerning Wall.

4. Any statements to the grand jury explaining why Wall was added to the First Superseding Indictment.

5. Any Brady or Giglio material contained in grand jury testimony concerning Wall's lack of knowledge, lack of control, role as homebuilder, or separation from Barton's financial operations.

## V. Alternative Relief

If the Court declines immediate disclosure, Mr. Wall requests in camera review and production of any portions necessary to avoid injustice, correct misleading presentations, provide Brady material, or permit meaningful pretrial motion practice.

## VI. Conclusion

Mr. Wall respectfully requests disclosure or in camera review of grand jury materials concerning Wall-specific evidence.

Respectfully,

/s/Michael P. Heiskell
Michael P. Heiskell
SBOT: 09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

**MILNER WYNNE**

By: */s/ George Milner, III*
George Milner, III
SBOT: 00784611
**MILNER WYNNE**
1845 Woodall Rodgers Fwy, Suite 1500
Dallas, Texas 75201
Office: (214) 651-1121
Fax: (214) 653-1366
E-mail: gunner@milnerwynne.com

*Attorneys for Stephen Wall*

**CERTIFICATE OF CONFERENCE**

This is to certify that I attempted to contact AUSA, Elise Aldendifer and Douglas Brasher, via e-mail, Elise.aldendifer@usdoj.gov and Douglas.brasher@usdoj.gov , on this the 24th day of August 2026, regarding the foregoing and they are opposed to the foregoing document.

/s/Michael P. Heiskell
Michael P. Heiskell

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/Michael P. Heiskell
Michael P. Heiskell