**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-K** |
| **TIMOTHY BARTON (1)**<br>**STEPHEN WALL (2)**<br>**SASKYA BEDOYA (3)** | §<br>§ | |

**PROPOSED ORDER ON MOTION FOR IN-CAMERA REVIEW OF GRAND JURY MATERIALS**

COMES NOW BEFORE THIS COURT the Motion and Brief for Disclosure or In-Camera Review of Grand Jury Materials.

The Order is GRANTED/DENIED to which the defendant accepts.

SO ORDERED this ____ day of __________, 2026.

______________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE