**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-K** |
| **TIMOTHY BARTON (1)** | § | |
| **STEPHEN WALL (2)** | § | |
| **SASKYA BEDOYA (3)** | | |

**DEFENDANT STEPHEN WALL'S MOTION FOR RULE 404(B) NOTICE AND PRETRIAL ADMISSIBILITY DETERMINATION**

**TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:**

COMES NOW, Defendant Stephen Wall moves for an order requiring the government to provide detailed written notice of any evidence it may seek to introduce under Federal Rule of Evidence 404(b), or as purported intrinsic evidence, and for a pretrial admissibility determination before any such evidence is mentioned to the jury.

## I. Relief Requested

Mr. Wall requests that the government be ordered to provide written notice identifying each other act, the witness or exhibit through which it will be offered, the permitted non-propensity purpose, the chain of inferences, and the Rule 403 basis for admission. Mr. Wall further requests a pretrial hearing or briefing schedule for contested other-act evidence.

## II. Categories Requiring Notice

1. Any evidence of Wall bankruptcy, financial distress, business disputes, civil litigation, tax issues, or unrelated business failures.
2. Any evidence concerning Barton's unrelated properties, credit-card payments, personal expenses, unrelated bank loans, receiver disputes, pro se filings, or non-Wall projects offered against Wall.

3. Any evidence concerning Turtle Creek "clubhouse" meetings, Antigua/green-card discussions, Houston home disputes, or unrelated transactions involving Haoqiang Fu (aka Michael Fu) or Barton.
4. Any evidence of alleged false statements, omissions, or misleading conduct not charged in Counts 8 or 9.
5. Any evidence concerning alleged prior acts by Wall, Fu, Barton, Mark Adams, Michael Matthews, Saskya Bedoya, or related entities offered to show knowledge, intent, absence of mistake, motive, plan, preparation, opportunity, or modus operandi.

## III. Argument

Rule 404(b) prohibits propensity evidence and requires the government to articulate a proper purpose. In a complex fraud case, the government may attempt to avoid Rule 404(b) by labeling unrelated conduct "background," "context," or "intrinsic." The Court should require pretrial disclosure and admissibility rulings so the jury is not exposed to prejudicial other-act evidence before the defense can object effectively.

This protection is particularly important for Mr. Wall because much of the broader Barton evidence may be inflammatory but not probative of Wall's intent. Evidence admissible against Barton is not automatically admissible against Wall and should not be considered as such by the jury.

## IV. Conclusion

Mr. Wall respectfully requests written Rule 404(b) and intrinsic-evidence notice, a pretrial admissibility determination, and an order prohibiting the government from mentioning such evidence before the jury until the Court rules.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
SBOT: 09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

**MILNER WYNNE**

By: */s/ George Milner, III*
George Milner, III
SBOT: 00784611
**MILNER WYNNE**
1845 Woodall Rodgers Fwy, Suite 1500
Dallas, Texas 75201
Office: (214) 651-1121
Fax: (214) 653-1366
E-mail: gunner@milnerwynne.com
*Attorneys for Stephen Wall*

## CERTIFICATE OF CONFERENCE

This is to certify that I attempted to contact AUSA, Elise Aldendifer and Douglas Brasher, via e-mail, Elise.aldendifer@usdoj.gov and Douglas.brasher@usdoj.gov , on this the 24th day of August 2026, regarding the foregoing and they opposed to the foregoing document.

/s/Michael P. Heiskell
Michael P. Heiskell

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas sent a "Notice of Electronic Filing" to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/Michael P. Heiskell
Michael P. Heiskell