**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-k-3** |
| **STEPHEN WALL (3)** | § | |
| | § | |

**PROPOSED ORDER GRANTING RULE 404(B) NOTICE**

The Court ORDERS the United States to provide detailed written Rule 404(b) and intrinsic-evidence notice by ____ and shall not mention such evidence to the jury until the Court has ruled on admissibility.

SO ORDERED this ____ day of __________, 2026.

______________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE