**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CAUSE NO. 3:22-CR-352-K** |
| | § | |
| **TIMOTHY LYNCH BARTON (01)** | § | |
| **STEPHEN WALL (02)** | § | |
| **SASKYA BEDOYA (03)** | § | |
| **a/k/a Saskya Pamela Zuniga** | | |

**ORDER ON DEFENDANTS' JOINT MOTION FOR INDIVIDUALIZED VOIR DIRE BY COUNSEL AND INCORPORATED MEMORANDUM**

Defendants' Joint Motion for individualized voir dire by counsel and incorporated memorandum is hereby GRANTED/DENIED. Counsel for the government and counsel for the defendants, collectively, shall be permitted to individually question the jury venire panel for ________________.

SO ORDERED this ___ day of __________________________, 2026.

______________________________________
ED KINKEADE,
UNITED STATES DISTRICT JUDGE