IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 3-22-CR-00352-K |
| | § | |
| TIMOTHY LYNCH BARTON (1) | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel, under N.D. LOC. CRIM. R. 57.12 move to withdraw as counsel for Timothy Lynch Barton ("Barton"), and would show the Court as follows:

I.

The undersigned counsel move to withdraw as counsel for Barton. Despite extensive efforts to obtain funds to pay counsel, as related in Barton's latest motion to continue trial and pretrial motion, Dkt. No.121, Barton has been unable to obtain any funds to pay counsel. In light of the unique circumstances in the parallel Securities and Exchange Commission enforcement action, the undersigned counsel felt obligated to continue to represent Barton until all avenues by Barton to obtain counsel of his choice have been exhausted. Despite extensive efforts to obtain access to funds for retained counsel, including efforts relating to the parallel SEC receivership, Barton lacks access to funds sufficient to pay retained counsel.

Under these circumstances, the Court should grant this motion and allow Barton's counsel Richard B. Roper, Michael J. Edney and Khudabuksh K Walji to withdraw as counsel for Barton. Also, attorney Javan Porter has left private practice and now is employed as an assistant United States attorney. Mr. Porter should also be removed as counsel for Barton. The undersigned counsel requests that Barton be referred to the United States Magistrate Judge for

the appointment of counsel.

Based on the foregoing, the undersigned counsel respectfully requests that the Court order the undersigned counsel, Richard B. Roper, Michael J. Edney and Khudabuksh K Walji be withdrawn as counsel for Barton. In addition, attorney Javan Porter should also be removed as counsel for Barton.

Respectfully submitted:

*/s/ Richard B. Roper*
Richard B. Roper
State Bar No. 17233700
richard.roper@vkhh.com

**VARTABEDIEN, KATZ, HESTER & HAYNES, LLP**
301 Commerce St., Suite 2200
Fort Worth, TX 76102
Phone: (817) 309-9092
Facsimile: (214) 999-9252

*/s/ Michael J. Edney*
Michael J. Edney
DC Bar No. 492024 (*admitted to the Northern District of Texas)*
michael.edney@morganlewis.com

**MORGAN & LEWIS, LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: .202.739.5429
Facsimile:202.739.3001

*/s/ Khudabuksh K Walji*
Khudabuksh K Walji

**Law Office of K Walji PC**
10701 Corporate Drive, Suite 350
Stafford, TX 77477
713-562-6875
M:+1.713.562.6875

E: k.walji@waljilaw.com

**COUNSEL FOR TIMOTHY LYNCH BARTON**

**CERTIFICATE OF CONFERENCE**

I have communicated with AUSA Doug Brasher the government's counsel of record indicated that the government does not oppose this motion to withdraw.

*/s/ Richard B. Roper*
Richard B. Roper

**CERTIFICATE OF SERVICE**

On August 24, 2026, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record and the defendant Timothy Lynch Barton electronically or by another manner authorized by rule.

*/s/ Richard B. Roper*
Richard B. Roper

**STATEMENT OF DEFENDANT**

I am the defendant Timothy Lynch Barton. I consent to the requested withdrawal of Richard B. Roper, Michael J. Edney, Khudabuksh K. Walji and Javan Porter as my counsel.

Timothy Lynch Barton
Defendant