**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-K** |
| **TIMOTHY BARTON (1)** | § | |
| **STEPHEN WALL (2)** | § | |
| **SASKYA BEDOYA (3)** | | |

**PROPOSED ORDER ON BILL OF PARTICLUARS**

The Court ORDERS the United States to file a bill of particulars as to Defendant Stephen Wall within ____ days, providing the Wall-specific particulars identified in Defendant's motion.

SO ORDERED this ____ day of __________, 2026.

________________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE