**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-K** |
| **TIMOTHY BARTON (1)** | § | |
| **STEPHEN WALL (2)** | § | |
| **SASKYA BEDOYA (3)** | | |

**DEFENDANT STEPHEN T. WALL'S MOTION CONCERNING SUMMARY CHARTS, DEMONSTRATIVES, AND RULE 1006 EVIDENCE**

**TO THE HONORABLE ED KINKEADE, UNITED STATES DISTRICT JUDGE:**

COMES NOW Defendant Stephen Wall and moves for an order requiring advance disclosure, foundation, and admissibility rulings for all summary charts, demonstratives, timelines, tracing charts, financial summaries, investor-loss charts, and Rule 1006 materials the government intends to use at trial.

## I. Relief Requested

Mr. Wall requests advance production of all charts and demonstratives, all underlying records, all calculations, all assumptions, all source citations, all software or spreadsheets used to generate summaries, and the identity of each sponsoring witness. Mr. Wall further requests a pretrial hearing or written proffer before any chart is shown to the jury.

## II. Argument

This case involves multiple entities, Wall-named but Barton-controlled accounts, Chinese investors, translated documents, and complex money movement. Summary charts may be useful,

but they also carry a high risk of unfair prejudice if they collapse co-defendants Timoty Barton, Haoqaing Fu (aka Michael Fu), Saskya Bedoya, entities, and Wall into a single undifferentiated "scheme."

Any Rule 1006 chart must summarize admissible voluminous records and must be supported by underlying documents made available to the defense. Demonstratives under Rule 611 must be accurate, nonargumentative, and limited to admissible evidence. The Court should not permit charts that label funds as "misused," investors as "victims," entities as "Wall-controlled," or transfers as "fraudulent" unless those conclusions are independently admissible and tied to Wall-specific proof.

## III. Requested Production and Rulings

1. Production of all government summary charts, demonstratives, timelines, and financial tracing graphics at least 30 days before trial or by a Court-set date.

2. Production of all underlying records and spreadsheets supporting each chart.

3. Identification of the sponsoring witness for each chart.

4. Identification of whether each chart is offered under Rule 1006, Rule 611, or another basis.

5. Disclosure of all assumptions, exclusions, formulas, and coding decisions used in financial or tracing charts.

6. A pretrial ruling prohibiting charts from using argumentative labels such as "fraud," "Ponzi," "misuse," "victim," or "Wall-controlled" unless the Court first approves the language.

7. A pretrial ruling requiring the government to distinguish Stephen Wall from Wall-named entities, Barton-controlled accounts, and Barton-directed transfers in any chart shown to the jury.

## IV. Conclusion

Mr. Wall respectfully requests an order requiring advance disclosure and pretrial admissibility determinations for summary charts and demonstratives.

Respectfully submitted,

/s/Michael P. Heiskell
Michael P. Heiskell
SBOT: 09383700
**JOHNSON, VAUGHN, & HEISKELL**
500 W. 7th Street, Suite 700
Fort Worth, Texas 76102
(817) 457-2999
(817) 496-1102 facsimile
E-mail: mheiskell@johnson-vaughn-heiskell.com or
firm@johnson-vaughn-heiskell.com

**MILNER WYNNE**

By: *_/s/ George Milner, III_*
George Milner, III
SBOT: 00784611
**MILNER WYNNE**
1845 Woodall Rodgers Fwy, Suite 1500
Dallas, Texas 75201
Office: (214) 651-1121
Fax: (214) 653-1366
E-mail: gunner@milnerwynne.com
*Attorneys for Stephen Wall*

## CERTIFICATE OF CONFERENCE

This is to certify that I attempted to contact AUSA, Elise Aldendifer and Douglas Brasher, via e-mail, Elise.aldendifer@usdoj.gov and Douglas.brasher@usdoj.gov , on this the 24th day of August 2026, regarding the foregoing and they are opposed to the foregoing document.

/s/Michael P. Heiskell
Michael P. Heiskell

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, Dallas sent a “Notice of Electronic Filing” to all attorneys of record, who have consented in writing to accept this Notice as service of the document by electronic means.

/s/Michael P. Heiskell
Michael P. Heiskell