**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. 3:22-CR-352-K** |
| **TIMOTHY BARTON (1)** | § | |
| **STEPHEN WALL (2)** | § | |
| **SASKYA BEDOYA (3)** | | |

**PROPOSED ORDER ON MOTION CONCERNING SUMMARY CHARTS, DEMONSTRATIVES, AND RULE 1006 EVIDENCE**

COMES NOW BEFORE THIS COURT the Motion Concerning Summary Charts, Demonstratives and Rule 1006 Evidence.

The Order is GRANTED/DENIED to which the defendant accepts.

SO ORDERED this ____ day of __________, 2026.

________________________________
HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE